

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lorenzo Gonzales,

Vs. No. 11-19-00075-CV

Shilah Dawn Garrigan Gonzales,

\* From the 318th District Court
of Midland County,
Trial Court No. FM61969.

\* February 11, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Lorenzo Gonzales.